**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| JASON LYLE BROWN, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:12-CV-45 (WLS) |
| DR. DWAYNE AYERS and TIFFANY WHATLEY, | : |
| Defendants. | : |

**ORDER**

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed October 9, 2012. (Doc. 27). It is recommended that Defendant's Motion to Dismiss (Doc. 16) be granted. (Doc. 27 at 3).

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.* at 3). The period for objections expired on Friday, October 26, 2012; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 27) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion to Dismiss (Doc. 16) is **GRANTED**. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

**SO ORDERED**, this 31st day of October, 2012.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1